

FILED

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0343



FILED

SEP 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 21-0343

IN RE THE MATTER OF THE ESTATE OF

ADA E. ELLIOT,                                    **GRANT OF EXTENSION**

    Deceased.

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until October 25, 2021, to prepare, file, and serve the Appellant's brief.

DATED this September 14, 2021

_____
Bowen Greenwood
Clerk of the Supreme Court

c:    Ian Elliot, Michael Manning, Joseph Andre Soueidi

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705